IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE RANDLE,

    Petitioner,                      No. CIV S-09-1386 JAM EFB P

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Petitioner, a county prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 14, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 14, 2011, are adopted in full.

2. Respondents' April 15, 2010 motion to dismiss is granted, and

    a. Petitioner's claims that respondents have violated the Ninth Amendment, California state law, and biblical law are dismissed without leave to amend.

    b. Petitioner's remaining claims are dismissed with leave to amend, and petitioner is given leave to file a second amended petition clarifying which act or acts petitioner wishes to challenge and the date(s) of such act or acts and stating his claims completely without reference to supplemental briefing within 30 days of service of this order.

3. Respondents are directed to file a response to the second amended petition within the time provided by Federal Rule of Civil Procedure 12(a).

4. Petitioner's March 9, 2010 motion for leave to file a supplemental brief (Docket No. 21) is denied.

DATED: March 25, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE